**Order entered May 13, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00512-CR

**ANGELA LYNN SERNA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-82217-2017**

## ORDER

We **REINSTATE** this appeal.

We abated this appeal for a hearing to determine why appellant's brief had not been filed. On May 9, 2019, the reporter's record from the trial court's hearing that same day was filed. We **ADOPT** the trial court's May 9, 2019 findings that (1) appellant wishes to prosecute this appeal; (2) appellant, who is indigent, is represented by appointed counsel Kristin Brown; and (3) counsel has not abandoned the appeal and will have a brief filed within 35 days of the date of the hearing.

We **ORDER** appellant's brief filed no later than **June 13, 2019**.

We **DIRECT** the Clerk to send copies of this order to the Honorable John Roach, Jr., Presiding Judge, 296th Judicial District Court; Kristin Brown; and to the Collin County District Attorney.

/s/    BILL PEDERSEN, III
       JUSTICE